United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 13, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-40820
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ARMANDO TREVINO-SALAZAR,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:05-CR-1007-ALL
--------------------

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Armando Trevino-Salazar appeals his sentence following his
guilty-plea conviction for possession with intent to distribute
more than 50 grams of methamphetamine and more than 5 kilograms
of cocaine.  He argues that the district court clearly erred in
denying him a minor-role adjustment to his offense level under
U.S.S.G. § 3B1.2.  Trevino-Salazar argues that he was a mere
courier who was substantially less culpable than other
participants in the offense.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We review the district court's application of the Sentencing Guidelines de novo and review factual findings for clear error. See United States v. Villegas, 404 F.3d 355, 359 (5th Cir. 2005); United States v. Villanueva, 408 F.3d 193, 203 & n.9 (5th Cir.), cert. denied, 126 S. Ct. 268 (2005). Pursuant to § 3B1.2, a district court may decrease a defendant's offense level by two levels if the defendant was a minor participant. An adjustment for a minor role applies to a defendant "who is less culpable than most other participants, but whose role could not be described as minimal." § 3B1.2, cmt. n.5. The district court did not clearly err in denying Trevino-Salazar a minor-role adjustment. See United States v. Atanda, 60 F.3d 196, 199 (5th Cir. 1995).

AFFIRMED.